**PAMELA BRIDGE (#018252)**
**AMANDA CALDWELL (#032029)**
**COMMUNITY LEGAL SERVICES**
305 South Second Avenue
Phoenix, Arizona 85003
Telephone: (602) 258-3434, ext.
Facsimile: (602) 258-4628
Email: pbridge@clsaz.org
       acaldwell@clsaz.org

Attorneys for Plaintiffs Zeferino Lopez;
Jorge Delgado Marias; Juan A. Enriquez;
Florentino Galindo Vidal;
Manuel De Jesus Gamez Bojorquez,
and Ramiro Rocha.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zeferino Lopez; Jorge Delgado Marias; Juan A. Enriquez; Florentino Galindo Vidal; Manuel De Jesus Gamez Bojorquez; and Ramiro Rocha,<br>Plaintiffs,<br><br>vs.<br><br>AG West Logistics, LLC, an Arizona Limited Liability Corporation; Rudy Mireles<br>Defendants. | No.<br><br><br><br><br><br><br>**COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF** |

# COMPLAINT

## PRELIMINARY STATEMENT

1. This is an action by six migrant farmworkers (Zeferino Lopez, Jorge Delgado Marias, Juan A. Enriquez, Florentino Galindo Vidal, Manuel De Jesus Gamez Bojorquez, and Ramiro Rocha ("Plaintiffs") to redress and vindicate rights afforded them by the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§1801, *et seq.* ("AWPA").

2. The Plaintiffs were employed, on a seasonal basis, working in the harvest of lemons in and around Yuma County, Arizona.

3. The Plaintiffs were recruited and hired in Arizona to work for Ag West Logistics, LLC and its owner Rudy Mireles (collectively, "Defendants"), in their 2021 and 2022 agricultural harvesting and cultivating operations.

4. Throughout the period relevant to this action, the Defendants violated the AWPA's provisions relating to wage payment, wage statements and working arrangements, as well as AWPA's prohibition against providing false and misleading information to workers.

5. The Plaintiffs also allege violations of 26 U.S.C. § 7434 for willfully filing a fraudulent tax return on their behalf.

6. The Plaintiffs seek money damages, declaratory relief, and injunctive relief to redress these violations of law.

## JURISDICTION

7. Jurisdiction is conferred upon this Court by 29 U.S.C. § 1854(a), this action arising under the AWPA.

8. Jurisdiction is also conferred upon this Court by 26 U.S.C. § 7434, this action involving Defendants' willful filing of fraudulent tax forms.

9. This Court is empowered to grant declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202.

## VENUE

10. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) because the Defendants reside in this district and many of the events or omissions giving rise to the claims occurred in this district.

## PARTIES

11. At all times relevant to this action, the Plaintiffs, Zeferino Lopez ("Plaintiff Lopez"), Jorge Delgado Marias ("Plaintiff Marias"), Juan A. Enriquez ("Plaintiff Enriquez"), Florentino Galindo Vidal ("Plaintiff Vidal"), Manuel De Jesus Gamez Bojorquez ("Plaintiff Bojorquez"), and Ramiro Rocha (Plainitff Rocha") were agricultural workers within the meaning of the AWPA, 29 U.S.C. § 1802(10)(A) in that each Plaintiff was employed in agricultural employment of a seasonal or other temporary basis in and around Yuma County, Arizona.

12. Defendant AG West Logistics, LLC is an Arizona Limited Liability Company headquartered in Yuma County, Arizona. At all times relevant to this action, Defendant Ag West Logistics, LLC was a farm labor contractor within the meaning of the AWPA, 29 U.S.C. § 1802(7), in that for a fee, it recruited, solicited, hired, employed, furnished, or transported the Plaintiffs and other migrant and seasonal agricultural workers.

13. Defendant Rudy Mireles, is a resident of Yuma County, Arizona. At all times relevant to this action, Defendant Rudy Mireles was a farm labor contractor within the meaning of the AWPA, 29 U.S.C. § 1802(7), in that for a fee, he recruited, solicited, hired, furnished, transported, or employed the Plaintiffs and other migrant and

seasonal agricultural workers.

# COUNT I

# (Migrant and Seasonal Agricultural Workers Protection Act Claims for 2021/2022 Season)

14. This count sets forth a claim by the Plaintiffs for damages, declaratory relief and injunctive relief with respect to violations of the AWPA and its attendant regulations by Ag West Logistics, LLC and Rudy Mireles (hereafter "Defendants") during the 2021 and 2022 Arizona lemon harvest. The lemon season typically begins in late September and runs until the beginning of February.

15. Defendants are farm labor contractors who organize several farmworker crews every year to harvest lemons in and around Yuma County, Arizona.

16. In the fall of 2021, the Defendants contracted with farm labor contractors, Fausto Gonzalez and Luis Velarde, to recruit workers for the Defendants' farm labor contracting business. Fausto Gonzalez and Luis Velarde functioned as the Defendants' agents for the purposes of recruiting, hiring, and employing migrant agricultural workers for the 2021 and 2022 lemon harvest.

17. In or about September 2021, in San Luis, Arizona, the Defendants, through their agents, Fausto Gonzalez and/or Luis Velarde, recruited the Plaintiffs to harvest lemons at various groves in and around Yuma County, Arizona. Defendants subsequently hired and employed the Plaintiffs to work with their lemon-harvesting business during the 2021-22 Arizona lemon harvest.

18. Upon beginning work in our about October 2021, the Plaintiffs were paid on a weekly basis. The Plaintiffs were paid by check. However, for Plaintiff Lopez, Plaintiff Marias, Plaintiff Enriquez, Plaintiff Vidal, and Plaintiff Bojorquez, the check was a

non-payroll check from Defendant Ag West Logistics, LLC. The non-payroll check did not show the basis on which wages were paid, the number of piecework units earned, the number of hours worked, or the specific sums withheld and the purpose of each sum withheld.

19. Plaintiff Lopez began work for Defendants on or about October 4, 2021. His first week of work spanned from October 4, 2021 until October 9, 2021 and was paid via non-payroll check from Defendant Ag West Logistics, LLC on or about October 15, 2021. In subsequent weeks, Plaintiff Lopez received non-payroll checks from the company on October 22, 2021, October 29, 2021, and November 5, 2021. None of the four non-payroll checks Plaintiff Lopez received from the company was accompanied by a stub or other written statement listing the basis on which wages were paid, the number of piecework units earned, the number of hours worked, or the specific sums withheld and the purpose of each sum withheld.

20. Starting on November 12, 2021, Plaintiff Lopez began to receive payroll checks with attached pay statements. However, the pay statements issued to Plaintiff Lopez from November 12, 2021 through December 31, 2021 listed incorrect information regarding his year-to-date earnings. Notably the year-to-date amounts did not include any of the earnings paid in the non-payroll checks paid to Plaintiff Lopez from October 15, 2021 to November 5, 2021.

21. Plaintiff Lopez received a W-2 form from Defendants sometime in early 2022 and The W-2 form did not include the sums paid to him via non-payroll checks from October 15, 2021 through November 5, 2021.

22. On or about July 2022, Plaintiff Lopez received notification from the Arizona Department of Economic Security that he was being denied unemployment insurance benefits because he did not have enough reported earnings to qualify for unemployment insurance benefits. Notably, the wages Plaintiff Lopez were paid by Defendants from October 15, 2021 through November 5, 2021 had not been reported

to the Arizona Department of Economic Security.

23. Plaintiff Enriquez began work for Defendants on or about September 26, 2021. His first week of work spanned from September 26, 2021 until October 2, 2021, for which he was paid via non-payroll check from Defendant Ag West Logistics, LLC on or about October 8, 2021. In subsequent weeks, Plaintiff Enriquez received non-payroll checks from Defendant Ag West Logistics, LLC on October 15, 2021, October 22, 2021, and October 29, 2021. None of the four non-payroll checks Plaintiff Enriquez received from the company was accompanied by a stub or other written statement listing the basis on which wages were paid, the number of piecework units earned, the number of hours worked, or the specific sums withheld and the purpose of each sum withheld.

24. Starting on November 5, 2021, Plaintiff Enriquez began to receive payroll checks with attached pay statements. However, the pay statements he received starting November 05, 2021 through the end of December 2021 listed incorrect information regarding his year-to-date earnings. Notably the year-to-date amounts did not include any earnings paid in the non-payroll checks from October 8, 2021 to October 29, 2021.

25. Plaintiff Enriquez received a W-2 form from Defendants sometime in early 2022. The W-2 form did not include the sums paid to him via non-payroll checks from October 8, 2021 through October 29, 2021 or the sums listed in his check issued on December 31, 2021.

26. Plaintiff Marias began work for Defendants on or about September 27, 2021. His first week of work was from approximately September 27, 2021 until October 2, 2021, for which he was paid via non-payroll check from Defendant Ag West Logistics. LLC on or about October 8, 2021. In subsequent weeks, Plaintiff Delgado received non-payroll checks from Defendant Ag West Logistics, LLC on October 15, 2021, October 22, 2021, and October 29, 2021. None of the four non-payroll checks Plaintiff

Delgado received from the company was accompanied by a stub or other written statement listing the basis on which wages were paid, the number of piecework units earned, the number of hours worked, or the specific sums withheld and the purpose of each sum withheld.

27. Starting on November 5, 2021, Plaintiff Marias began to receive payroll checks with attached pay statements. However, the pay statements he received starting November 5, 2021 through the end of December 2021 listed incorrect information regarding his year- to- date earnings. Notably the year- to- date amounts did not include any earnings in the non-payroll checks from October 8, 2021 to October 29, 2021.

28. Plaintiff Marias received a W-2 form from Defendants sometime in early 2022. The W-2 form did not include the sums paid to him via non-payroll checks from October 8, 2021 through October 29, 2021, 2021 or the sums paid to him in his check issued on December 31, 2021.

29. On or about July 2022, Plaintiff Marias received notification from the Arizona Department of Economic Security that he had been denied unemployment insurance benefits because he did not have enough reported earnings to qualify for unemployment insurance benefits. Notably, the wages Plaintiff Delgado had been paid by Defendants from October 8, 2021 through October 29, 2021 had not been reported to the Arizona Department of Economic Security.

30. Plaintiff Vidal began work for Defendants on or about September 26, 2021. His first week of work was from approximately September 26, 2021 until October 2, 2021. He was paid via non-payroll check from the company on or about October 8, 2021. In subsequent weeks, Plaintiff Vidal received non-payroll checks from the company on October 15, 2021, October 22, 2021, and October 29, 2021, and November 5, 2021. None of the five non-payroll checks Plaintiff Vidal received from Defendant Ag West Logistics, LLC was accompanied by a stub or other written statement listing the basis on which wages were paid, the number of piecework units earned, the number of

hours worked, or the specific sums withheld and the purpose of each sum withheld.

31. Starting on November 12, 2021, Plaintiff Vidal began to receive payroll checks with attached pay statements. However, the pay statements he received starting November 12, 2021 through the end of December 2021 listed incorrect information regarding his year- to- date earnings. Notably the year- to- date amounts did not include any earnings paid in the non-payroll checks from October 8 to November 5, 2021.

32. Plaintiff Vidal received a W-2 form from Defendants sometime in early 2022. The W-2 form did not include the sums paid to him via non-payroll checks from October 8, 2021 through November 5, 2021 or his earnings from his check issued December 31, 2021.

33. Plaintiff Bojorquez began work for Defendants on or about September 27, 2021. His first week of work was from approximately September 27, 2021 until October 2, 2021, for which he was paid via non-payroll check from Defendant Ag West Logistics on or about October 8, 2021. In subsequent weeks, Plaintiff Bojorquez received non-payroll checks from the company on October 15, 2021, November 5, 2021 and November 12, 2021. None of the four non-payroll checks Plaintiff Bojorquez received from the company was accompanied by a stub or other written statement listing the basis on which wages were paid, the number of piecework units earned, the number of hours worked, or the specific sums withheld and the purpose of each sum withheld.

34. Starting on November 18, 2021, Plaintiff Bojorquez began to receive payroll checks. however, the pay statements he received starting November 18, 2021 through the end of December 2021 listed incorrect information regarding his year- to- date earnings. Notably the year- to- date amounts did not include any earnings paid in the non-payroll checks paid from October 8 to November 12, 2021.

35. Plaintiff Bojorquez received a W-2 form from Defendants sometime in early 2022. The W-2 form did not include the sums paid to him via non-payroll checks from October 8 through November 12, 2021 or the sums paid to him in his check issued on

8

December 31, 2021

36. On or about June 2022, Plaintiff Bojorquez received notification from the Arizona Department of Economic Security that he had been denied unemployment insurance benefits because he did not have enough reported earnings to qualify for unemployment insurance benefits. Notably, the wages Plaintiff Bojorquez had been paid by Defendants from October 8, 2021 through November 12, 2021, were not reported to the Arizona Department of Economic Security

37. Plaintiff Rocha received a payroll check from Defendants on December 31, 2021 that listed his year-to-date earnings as $9894.92. In January 2022, Plaintiff Ramiro Rocha received a W-2 form showing wage difference of $538.08.

38. Defendants violated the wage statement provisions of the AWPA, 29 U.S.C. § 1821(d)(2), and its implementing regulation, 29 C.F.R. § 500.80(d), by failing to provide the Plaintiffs with wage statements listing the basis on which wages were paid; the number of piecework units earned; the number of hours worked, nor the specific sums withheld, if any; and the purpose of each sum withheld. By failing to remit to the appropriate governmental agencies Social Security (FICA) taxes on the Plaintiffs' labor for which they were paid with non-payroll checks and with respect to their paychecks issued on December 31, 2021, Defendants failed to pay the Plaintiffs their wages promptly when due, in violation of the AWPA, 29 U.S.C. § 1822(a), and its implementing regulation, 29 C.F.R. § 500.81.

39. By failing to report to the Arizona Department of Employment Security, the Plaintiffs' earnings paid through non-payroll checks and their earnings paid through checks issued on December 31, 2021, and failing to remit the corresponding unemployment and FUTA taxes, Defendants failed to pay the Plaintiffs their wages promptly when due, in violation of the AWPA, 29 U.S.C. § 1822(a), and its implementing regulation, 29 C.F.R. § 500.81.

40. The violations of the AWPA and its attendant regulations as set forth in this count

were the natural consequences of the conscious and deliberate actions of the Defendants, occurred as part of Defendants' regular business practices and were intentional within the meaning of the AWPA, 29 U.S.C. § 1854(c)(1).

41. As a result of the Defendants' violations of the AWPA and its attendant regulations as set forth in this count, the Plaintiffs have suffered damages, including the denial of unemployment compensation benefits to which they were entitled. The Plaintiffs request damages, declaratory relief, and injunctive relief with respect to Defendants' violations of the AWPA and its attendant regulations.

## COUNT II

## VIOLATION OF 26 U.S.C. 7434

42. This count sets forth a claim by Plaintiffs Lopez, Plaintiff Marias, Plaintiff Enriquez, Plaintiff Vidal, Plaintiff Bojorquez and Plaintiff Rocha, for Ag West Logistics' willful filing of fraudulent information returns in violation of 26 U.S.C. §7434.

43. With respect to the employment during 2021 of the Plaintiffs Lopez, Plaintiff Enriquez, Plaintiff Delgado, Plaintiff Vidal, Plaintiff Borojoquez, and Plaintiff Rocha, Ag West Logistics, LLC willfully filed W-2 forms containing fraudulent information regarding these workers' earnings. The W-2 forms filed by Ag West Logistics, LLC for calendar 2021 listed only a portion of these Plaintiffs' earnings, and excluded that portion of the Plaintiffs' earnings that were paid by non-payroll checks By filing the fraudulent W-2 forms, Defendant Ag West Logistics, LLC substantially reduced its obligation for payment of taxes pursuant to the Federal Insurance Contributions Act and the Federal Unemployment Tax Act.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs pray that this Court will enter an order:

a. Granting judgment in favor of the Plaintiffs and against the Defendants, jointly and severally, on their claims for violations of the Migrant and Seasonal Agricultural Worker Protection Act (AWPA) as set forth in Count I and awarding each of the Plaintiffs $500 in statutory damages or actual damages if greater for every violation of the Migrant and Seasonal Agricultural Worker Protection Act and its attendant regulations set forth in that count;

b. Enjoining Defendants from failing to file with the Internal Revenue Service amended W-2 forms so as to include the full amount of the Plaintiffs' earnings with Defendant Ag West Logistics;

c. Permanently enjoining the Defendant from further violations of the Migrant and Seasonal Agricultural Worker Protection Act and its attendant regulations;

d. Granting judgment in favor of the Plaintiffs on their claims related to Ag West Logistics' willful filing of fraudulent information on forms W-2 relating to calendar year 2021 for Plaintiffs Lopez, Plaintiff Marias, Plaintiff Enriquez, Plaintiff Vidal, Plaintiff Bojorquez, and Plaintiff Rocha as set out in Count II, and awarding each of them $5,000 in statutory damages in accordance with 26 U.S.C. §7434(b);

e. Awarding Plaintiffs the costs of this action and a reasonable attorney's fee with respect to their claims under 26 U.S.C. §7434; and

f. Granting such further relief as this Court deems just and equitable.

**RESPECTFULLY SUBMITTED,** this 30th day of January, 2023.

Community Legal Services

*/S/Amanda Caldwell*
Amanda Caldwell

11

*Attorney for Plaintiffs*