**PAMELA BRIDGE (#018252)**
**AMANDA CALDWELL (#032029)**
**COMMUNITY LEGAL SERVICES**
305 South Second Avenue
Phoenix, Arizona 85003
Telephone: (602) 258-3434, ext.
Facsimile: (602) 258-4628
Email: pbridge@clsaz.org
       acaldwell@clsaz.org

Attorneys for Plaintiffs Zeferino Lopez;
Jorge Delgado Marias; Juan A. Enriquez,
Florentino Galindo Vidal;
Manuel De Jesus Gamez Bojorquez,
and Ramiro Rocha.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zeferino Lopez; Jorge Delgado Marias; Juan A. Enriquez, Florentino Galindo Vidal; Manuel De Jesus Gamez Bojorquez, and Ramiro Rocha,<br>Plaintiffs,<br><br>vs.<br><br>Ag West Logistics, LLC, an Arizona Limited Liability Corporation; Rudy Mireles<br><br>Defendants. | Case No. 2:23-CV-00195-JZB<br><br>**PLAINTIFFS' AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AG WEST LOGISTICS, LLC AND RUDY MIRELES OR IN THE ALTERNATIVE TO AMEND THE COMPLAINT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs move for default judgment, injunctive relief, and assessment of damages, against Defendants Ag West Logistics, LLC and Rudy Mireles. This motion is supported by the attached Amended Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment, which includes exhibits, also over the page limit. Plaintiffs seek to file this motion to correct errors they noticed in the Motion for Default Judgment and the Complaint; however, should the Court require believe good cause exists to Amend the Complaint.

- Plaintiff Zeferino Lopez seeks a judgment in the amount of $6,000 against Defendants Ag West Logistics, LLC and Rudy Mireles.
- Plaintiff Jorge Delgado Marias seeks a judgment in the amount of $6,000 against Defendants Ag West Logistics, LLC and Rudy Mireles.
- Plaintiff Juan A. Enriquez seeks a judgment in the amount of $6,000 against Defendants Ag West Logistics, LLC and Rudy Mireles.
- Plaintiff Florentino Galindo Vidal seeks a judgment in the amount of $6,000 against Defendants Ag West Logistics, LLC and Rudy Mireles.
- Plaintiff Manuel De Jesus Gamez Bojorquez seeks a judgment in the amount of $6,000 against Defendants Ag West Logistics, LLC and Rudy Mireles.
- Plaintiff Ramiro Rocha seeks a judgment in the amount of $5,500 against Defendants Ag West Logistics, LLC and Rudy Mireles.

Plaintiffs also request injunctive relief, in particular, Plaintiffs ask that the underreporting of their wages be corrected with the Internal Revenue Service, Social Security Administration and DES. Plaintiffs assert that Plaintiffs' wages were underreported in at least the following amounts:

- Plaintiff Lopez - $1,7555 that were not reported on his form W-2 (Lopez Decl. at ¶12);

- Plaintiff Enriquez - $2,909.07 that were not reported on his form W-2 (Enriquez Decl. at ¶12);

- Plaintiff Vidal - $2, 496.26 that were not reported on his form W-2 (Vidal Decl at ¶12).;

- Plaintiff Marias - $776.36 that were not reported on his form W-2 (Marias Decl. at ¶12). ;

- Plaintiff Bojorquez - $1,400 that were not reported on his form W-2 (Bojorquez Decl. at ¶12).;

- Plaintiff Rocha $530.08 that were not reported on his form W-2. (Rocha Decl. at ¶9).

Respectfully Submitted,

/s/ Amanda M. Caldwell
Amanda Caldwell
Attorney for Plaintiffs
Community Legal Services
305 S. 2nd Ave.
Phoenix, Az 85003
Phone: 602-258-3434 ext. 2385
Email: acaldwell@clsaz.org

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of PLAINTIFFS' AMENDED MOTION FOR

3

1  DEFAULT JUDGMENT AGAINST AG WEST LOGISTICS, LLC AND RUDY
2  MIRELES, t to Defendants Ag West Logistics, LLC and Rudy Mireles, via U.S. Mail, with adequate postage to:

4  Ag West Logistics, LLC
5  2863 S. Ave. 4E
   Yuma, AZ 85365

7  Ag West Logistics, LLC
   904 E. 25th Street
8  Yuma, AZ 85364

9  Ag West Logistics, LLC
10 912 E. 25th Street
   Yuma, AZ 85365

12 Rudy Mireles
   2863 S. Ave 4E
13 Yuma, AZ 85365

15 Rudy Mireles
   1454 W. 33rd Street
16 Yuma, AZ 85365

                                                          /s/ Lorena Perez
                                                            Lorena Perez