# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zeferino Lopez, et al., | NO. CV-23-00195-PHX-SMM (JZB) |
| Plaintiffs, | |
| v. | **CLERK'S DEFAULT JUDGMENT** |
| Ag West Logistics LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Ag West Logistics LLC and Rudy Mireles for each Plaintiff as follows: Zeferino Lopez: $6,000.00; Juan A. Enriquez: $6,000.00; Jorge Delgado Marias: $6,000.00; Manuel de Jesus Gamez Bojorquez: $6,000.00; Florentino Galindo Vidal: $6,000.00; Ramiro Rocha: $5,500.00.

Of the $35,500.00 in total statutory damages, Defendants Mireles and Ag West are held jointly and severally liable for the $5,500.00 in cumulative statutory violations under the AWPA. Of the $35,500.00 in total statutory damages, Defendant Ag West are held solely liable for the remaining $30,000.00 in statutory violations under the Internal Revenue Code.

Debra D. Lucas
District Court Executive/Clerk of Court

December 5, 2023

By   s/ C. Lett
Deputy Clerk